# Third District Court of Appeal

## State of Florida

Opinion filed February 16, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1343
Lower Tribunal No. 17-14773

_____

**Jose Jorge Fernandez,**
Appellant,

vs.

**Jose Sandalio Salgado,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Antonio Arzola, Judge.

Twig, Trade, & Tribunal, PLLC, and Morgan L. Weinstein (Fort Lauderdale), for appellant.

Cooney Trybus Kwavnick Peets, and Warren B. Kwavnick (Fort Lauderdale), for appellee.

Before EMAS, HENDON and BOKOR, JJ.

PER CURIAM.

Affirmed.